# EXHIBIT 1

{1368.003-W0082348.}

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>FTX TRADING LTD., *et al.*,[1]<br><br>    Debtors. | Chapter 11<br><br>Case No. 22-11068 (KBO)<br><br>(Jointly Administered) |
| FTX RECOVERY TRUST,<br><br>                    Plaintiff,<br><br>      - against -<br><br>MANIFOLD MARKETS, INC,<br><br>                    Defendant. | Adv. Pro. No. 24-50214 (KBO) |

### ORDER APPROVING SIXTH STIPULATION FOR EXTENSION OF TIME FOR DEFENDANT TO ANSWER, MOVE OR OTHERWISE RESPOND TO THE COMPLAINT

Upon the *Certification of Counsel* and the *Sixth Stipulation for Extension of Time for Defendant to Answer, Move or Otherwise Respond to the Complaint* (the "Stipulation")[2] entered into between Plaintiff and Defendant, a copy of which is attached hereto as **Exhibit A**; and the Court having jurisdiction to consider approval of the Stipulation; and it appearing that sufficient notice of the Stipulation has been given; and after due deliberation; and good and sufficient cause appearing therefor;

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063, respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

[2] Terms utilized but not otherwise defined herein shall have the meanings ascribed to them in the Stipulation.

{1368.003-W0082318.}

IT IS HEREBY ORDERED THAT:

1. The Stipulation is APPROVED.

2. This Court shall retain jurisdiction with respect to all matters arising from or related to the implementation or interpretation of this Order and the Stipulation.

Dated: _____, 2025
      Wilmington, Delaware

_____
THE HONORABLE KAREN B. OWENS
CHIEF UNITED STATES BANKRUPTCY JUDGE

# EXHIBIT A

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>FTX TRADING LTD., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 22-11068 (KBO)<br><br>(Jointly Administered) |
| FTX RECOVERY TRUST,<br><br>Plaintiff,<br><br>- against -<br><br>MANIFOLD MARKETS, INC,<br><br>Defendant. | Adv. Pro. No. 24-50214 (KBO)<br><br>**Adv. Ref. Nos. 1, 3, 5, 9, 15, 20 & 24** |

**SIXTH STIPULATION FOR EXTENSION OF TIME FOR DEFENDANT TO ANSWER, MOVE OR OTHERWISE RESPOND TO THE COMPLAINT**

WHEREAS, on November 8, 2024, Plaintiff FTX Recovery Trust [2] (the "Plaintiff") commenced the above-captioned adversary proceeding by filing *Complaint for Avoidance and Recovery of Transfers Pursuant to 11 U.S.C. §§ 105, 544, 548 and 550 and Del. Code. Ann. Tit. 6, §§ 1304 and 1305* [Adv. D.I. 1] (the "Complaint") against Defendant Manifold Markets, Inc. (the "Defendant" and together with the Plaintiff, the "Parties");

WHEREAS, on November 13, 2024, a *Summons and Notice of Pretrial Conference in an Adversary Proceeding* (the "Summons") was issued;

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063, respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

[2] Pursuant to the *Order Granting the FTX Recovery Trust's Omnibus Motion to Substitute Plaintiffs in Adversary Proceedings* [D.I. 29554] and the *Notice of Substitution of Plaintiff* [Adv. D.I. 12], the FTX Recovery Trust is now the proper plaintiff and has substituted in for debtors FTX Trading Ltd., Alameda Research Ltd., West Realm Shires, Inc., and West Realm Shires Services, Inc. that initially filed this action.

{1368.003-W0082319.}

WHEREAS, on November 15, 2024, the Plaintiff caused the Complaint, Summons, and *Notice of Dispute Resolution Alternatives* to be served on the Defendant [Adv. D.I. 3];

WHEREAS, the Defendant agreed to accept service and waive its objections, if any, to service of process;

WHEREAS, the Defendant's deadline to answer, move, or otherwise respond to the Complaint (the "Response Deadline") was initially December 13, 2024;

WHEREAS, pursuant to rule 7004-1 of the Local Rules of the United States Bankruptcy Court for the District of Delaware, Plaintiff noticed a pretrial conference (the "Pretrial Conference") for January 23, 2025 at 10:00 a.m. (ET);

WHEREAS, on December 10, 2024, the Court entered the *Order Approving Stipulation for Extension of Time for Defendant to Answer, Move or Otherwise Respond to the Complaint* [Adv. D.I. 5], extending the Response Deadline to January 27, 2025 and adjourning the Pretrial Conference to February 27, 2025 10:00 a.m. (ET);

WHEREAS, on January 24, 2025, the Court entered the *Order Approving Second Stipulation for Extension of Time for Defendant to Answer, Move or Otherwise Respond to the Complaint* [Adv. D.I. 9], extending the Response Deadline to March 31, 2025 and adjourning the Pretrial Conference to April 17, 2025 10:00 a.m. (ET);

WHEREAS, on March 28, 2025, the Court entered the *Order Approving Third Stipulation for Extension of Time for Defendant to Answer, Move or Otherwise Respond to the Complaint* [Adv. D.I. 15], extending the Response Deadline to April 30, 2025 and adjourning the Pretrial Conference to May 14, 2025 9:30 a.m. (ET);

WHEREAS, on April 30, 2025, the Court entered the *Order Approving Fourth Stipulation for Extension of Time for Defendant to Answer, Move or Otherwise Respond to the Complaint*

[Adv. D.I. 20], extending the Response Deadline to May 30, 2025 and adjourning the Pretrial Conference to June 25, 2025 at 9:30 a.m. (ET);

WHEREAS, on May 29, 2025, the Court entered the *Order Approving Fifth Stipulation for Extension of Time for Defendant to Answer, Move or Otherwise Respond to the Complaint* [Adv. D.I. 24], extending the Response Deadline to June 30, 2025 and adjourning the Pretrial Conference to July 22, 2025 at 9:30 a.m. (ET);

WHEREAS, the Parties have conferred and agree, as set forth herein, to further extend the Response Deadline and adjourn the Pretrial Conference.

NOW, THEREFORE, in consideration of the foregoing, the Parties hereby stipulate and agree, subject to approval by the Court, as follows:

1. The Response Deadline is extended to and including July 30, 2025.

2. The Pretrial Conference is adjourned to August 12, 2025 at 9:30 a.m. (ET).

3. This Stipulation is without prejudice to the rights of the Parties to seek a further extension and/or continuance as appropriate.

Dated: June 27, 2025

| | |
|---|---|
| **LANDIS RATH & COBB LLP** | **GOETZ FITZPATRICK LLP** |
| */s/ Richard S. Cobb* | */s/ Scott D. Simon* |
| Adam G. Landis (No. 3407) | Scott D. Simon |
| Richard S. Cobb (No. 3157) | One Penn Plaza, Suite 3100 |
| Matthew B. McGuire (No. 4366) | New York, NY 10119 |
| Howard W. Robertson, IV (No. 6903) | Tel: (212) 695-8100 |
| 919 Market Street, Suite 1800 | E-mail: ssimon@goetzfitz.com |
| Wilmington, Delaware 19801 | |
| Telephone: (302) 467-4400 | *Counsel for Defendant* |
| Facsimile: (302) 467-4450 | |
| E-mail: landis@lrclaw.com | |
| cobb@lrclaw.com | |
| mcguire@lrclaw.com | |
| robertson@lrclaw.com | |

*Counsel for Plaintiff*