# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br>FTX TRADING, LTD., *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 22-11068 (KBO)<br><br>(Jointly Administered)<br><br>Re: D.I. Nos.: 32780, 33420, 33604, 31846, 32799, 33034 |
| FTX RECOVERY TRUST,<br><br>Plaintiff,<br><br>- against –<br><br>MANIFOLD MARKETS, INC., MANIFOLD FOR CHARITY, INC., ROSS RHEINGANS-YOO, and FTX PHILANTHROPY, INC.,<br><br>Defendants. | Adv. Pro. No. 24-50214 (KBO)<br><br>Re: Adv. D.I. Nos.: 60, 61, 71, 72, 74, 75 |

**NOTICE OF COMPLETION OF BRIEFING REGARDING ROSS RHEINGANS-YOO'S MOTION TO DISMISS**

PLEASE TAKE NOTICE that the briefing concerning the Motion to Dismiss [Adv. D.I. No. 61] (the "Motion to Dismiss") filed by Ross Rheingans-Yoo ("Ross") is now complete and ready for disposition by the Court. Ross and plaintiff FTX Recovery Trust have also completed the briefing in connection with the FTX Recovery Trust's Motion for Reconsideration or to Modify Order Allowing FDU Claim [Bankr. D.I. No. 31846] (the "Motion to Reconsider") and Ross's Motion for Sanctions Under Federal Rule of Bankruptcy Procedure 9011, 28 U.S.C. § 1927, and 11 U.S.C. § 105 [Bankr. D.I. No. 32780, Adv. D.I. No. 60] (the "Motion for Sanctions") in the

Chapter 11 cases, *In re FTX Trading Ltd.*, Case No. 22-11068 (KBO). If the Court wishes to hear oral argument on the Motion to Dismiss, the parties respectfully suggest that it would be most efficient to hear oral argument on the Motion to Reconsider, the Motion for Sanctions and the Motion to Dismiss on the same hearing date given the substantial overlap in the motions. The filings related to the Motion to Dismiss are:

    1.    Ross Rheingans-Yoo's Motion to Dismiss [Adv. D.I. No. 61];

    2.    Opening Brief in Support of Ross Rheingans-Yoo's Motion to Dismiss [Adv. D.I. No. 62];

    3.    Plaintiff's Memorandum of Law in Opposition to Ross Rheingans-Yoo's Motion to Dismiss [Adv. D.I. No. 72]; and

    4.    Reply in Further Support of Ross Rheingans-Yoo's Motion to Dismiss [Adv. D.I. No. 74].

The filings related to the Motion for Sanctions are:

    1.    Ross Rheingans-Yoo's Motion for Sanctions Under Federal Rule of Bankruptcy Procedure 9011, 28 U.S.C. § 1927, and 11 U.S.C. § 105 [Bankr. D.I. No. 32780, Adv. D.I. No. 60];

    2.    The FTX Recovery Trust's Memorandum of Law in Opposition to Ross Rheingans-Yoo's Motion for Sanctions Under Federal Rule of Bankruptcy Procedure 9011, 28 U.S.C. § 1927, and 11 U.S.C. § 105 [Bankr. D.I. No. 33420, adv. D.I. No. 71]; and

    3.    Reply in Further Support of Ross Rheingans-Yoo's Motion for Sanctions [Bankr. D.I. No. 33604, Adv. D.I. No. 75].

The filings related to the Motion to Reconsider are:

1. FTX Recovery Trust's Motion for Reconsideration or to Modify Order Allowing FDU Claim [Bankr. D.I. No. 31846];

2. Ross Rheingans-Yoo's Opposition to FTX Recovery Trust's Motion for Reconsideration or to Modify Order Allowing FDU Claim [Bankr. D.I. No. 32799]; and

3. FTX Recovery Trust's Reply in Further Support of Trust's Motion for Reconsideration or to Modify Order Allowing FDU Claim [Bankr. D.I. No. 33034].

Dated: November 24, 2025

*/s/ Michael J. Joyce*
Michael J. Joyce (No. 4563)
**JOYCE, LLC**
1225 King Street
Suite 800
Wilmington, DE 19801
Telephone: 302-388-1944
mjoyce@mjlawoffices.com

-and-

Scott D. Simon (pro hac vice)
**GOETZ PLATZER LLP**
One Penn Plaza, Suite 3100
New York, NY 10119
Telephone: (212) 695-8100
ssimon@goetzplatzer.com

*Attorneys for Defendant Ross Rheingans-Yoo*