UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

**APPEAL TRANSMITTAL SHEET**

Case Number: 24-50214       BK ◯  AP ⦿

If AP, related BK case number: 2-11068

Title of Order Appealed: Order (I) Denying FTX Recovery Trust's Motion for Reconsideration or to Modify Order Allowing FDU Claim and (II) Granting Ross Rheingans-Yoo's Motion to Dismiss and Motion for Sanctions Under Federal Rule of Bankruptcy Procedure 9011, 28 U.S.C. {1927, and 11 U.S.C. {105

**Docket #:** 88                          **Date Entered:** 1/21/2026

Item Transmitted:

| | | | |
|---|---|---|---|
| ✓ Notice of Appeal | Docket #: 89 | Date Filed: 1/22/2026 |
| ☐ Amended Notice of Appeal | Docket #: | Date Filed: |
| ☐ Cross Appeal | Docket #: | Date Filed: |
| ☐ Motion for Leave to Appeal | Docket #: | Date Filed: |
| ☐ Request for Certification of Direct Appeal | Docket #: | Date Filed: |

**Appellant/Cross Appellant:**

FTX Recovery Trust

**Appellee/Cross Appellee**

Ross Rheingans-Yoo

**Counsel for Appellant/Cross Appellant:**

Adam G. Landis
Matthew B. McGuire
Kimberly A. Brown
919 Market St, Suite 1800
Wilmington, DE 19801
(additional attorneys listed on notice of appeal)

**Counsel for Appellee/Cross Appellee:**

Michael J. Joyce
1225 King St, Suite 800
Wilmington, DE 19801
(additional attorney listed on notice of appeal)

| | Yes | No |
|---|---|---|
| Filing fee paid? | ⦿ | ◯ |
| IFP application filed by applicant? | ◯ | ⦿ |
| Have additional appeals of the same order been filed? | ⦿ | ◯ |
| *If Yes, has District Court assigned a Civil Action Number? | ◯ | ⦿ |

Civil Action Number:

*(continued on next page)*

**Notes:** ***Same order appealed under case 22-11068- BAP 26-02

*I hereby certify that all designated items are available electronically through CM/ECF.*

**Date:** 1/23/2026        **by:** /s/ Kimberly Ross
            **Deputy Clerk**

Bankruptcy Court Appeal (BAP) Number:    26-03