# UNITED STATES BANKRUPTCY COURT
### District of Delaware
### 824 Market Street, 3rd Floor
### Wilmington, DE 19801

**In Re:**  
FTX Trading Ltd.  
    Debtor  
_____

Bankruptcy Case No.: 22–11068–KBO

Bankruptcy Chapter: 11

FTX Recovery Trust

    Plaintiff

    vs.

Manifold Markets, Inc.

    Defendant

Adversary No. 24–50214–KBO

### CLERK'S NOTICE REGARDING FILING OF APPEAL

Please be advised that a Notice of Appeal has been filed in the above mentioned case. The Notice of Appeal, as well as the related documents are available for view by registered PACER users. They can also be viewed at the clerk's office.

Stephen L Grant, Clerk of Court

Date: 1/23/26  
(VAN–440a)