# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0311−1 | User: admin | Date Created: 1/23/2026 |
| Case: 24−50214−KBO | Form ID: van440a | Total: 1 |

**Recipients of Notice of Electronic Filing:**
aty   Michael Joseph Joyce   mjoyce@mjlawoffices.com

TOTAL: 1