IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al.*, | Case No. 22-11068 (KBO) |
| Debtors. | (Jointly Administered) |
| FTX RECOVERY TRUST, | |
| Plaintiff, | |
| -against- | |
| MANIFOLD MARKETS, INC., MANIFOLD FOR CHARITY, INC., ROSS RHEINGANS-YOO, and FTX PHILANTHROPY, INC., | Adv. Pro. No. 24-50214 (KBO) |
| Defendants. | |

**APPELLANTS' STATEMENT OF ISSUES AND DESIGNATION OF ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL PURSUANT TO FED. R. BANKR. P. 8009**

Appellants, the FTX Recovery Trust (by and through its undersigned counsel) and its counsel, pursuant to Rule 8009 of the Federal Rules of Bankruptcy Procedure and Rule 8009-1 of the Local Rules of the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"), respectfully submit the following: (i) statement of issues to be included on appeal from the decision of the Bankruptcy Court's *Order (I) Denying FTX Recovery Trust's Motion for Reconsideration or to Modify Order Allowing FDU Claim and (II) Granting Ross Rheingans-Yoo's Motion to Dismiss and Motion for Sanctions Under Federal Rule of Bankruptcy Procedure 9011, 28 U.S.C. § 1927, and 11 U.S.C. § 105* [D.I. 34487] (the "Order") entered on January 21, 2026; and (ii) designation of items to be included in the record on appeal (collectively with the statement of issues, the "Statement of Issues and Designation of Record on Appeal"). In support of this Statement of Issues and Designation of Record on Appeal, Appellants submit the following:

{1368.003-W0085021.}

I. **STATEMENT OF ISSUES TO BE PRESENTED ON APPEAL**

1. Did the Bankruptcy Court err in denying the FTX Recovery Trust's Motion for Reconsideration or to Modify Order Allowing FDU Claim?

2. Did the Bankruptcy Court err in granting Ross Rheingans-Yoo's Motion to Dismiss?

3. Did the Bankruptcy Court err in granting Ross Rheingans-Yoo's Motion for Sanctions?

II. **DESIGNATION OF ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL**

Appellants submit the following designation of items to be included in the record on appeal:

A. **Docket Entries and Related Materials from Bankruptcy Case No. 22-11068**

| ITEM NO. | BANKR. D.I. | ADV. D.I.[1] | DATE | DESCRIPTION |
|---|---|---|---|---|
| 1. | 1 | | November 11, 2022 | Chapter 11 Petition |
| 2. | 24 | | November 17, 2022 | Declaration of John J. Ray III in Support of Chapter 11 Petitions and First Day Pleadings |
| 3. | 57 | | November 20, 2022 | Declaration of Edgar W. Mosley II in Support of Chapter 11 Petitions and First Day Pleadings |
| 4. | 92 | | November 21, 2022 | Supplemental Declaration of John J. Ray III in Support of First Day Pleadings |
| 5. | 93 | | November 21, 2022 | Supplemental Declaration of Edgar W. Mosley II in Support of First Day Pleadings |
| 6. | 128 | | November 22, 2022 | Order (I) Authorizing Joint Administration of the Debtors' Chapter 11 Cases and (II) Granting Certain Related Relief |
| 7. | 231 | | December 15, 2022 | Notice of Appointment of Committee of Unsecured Creditors |

---

[1] Identical versions of certain filings in the main bankruptcy proceeding have been filed in the adversary proceeding styled as *FTX Recovery Trust v. Manifold Markets, Inc., et al.*, No. 24-50214 (KBO). Where applicable, the corollary adversary proceeding docket number is included. For the convenience of the Clerk of the Bankruptcy Court, and to remove the need to transmit duplicates, only one entry of each document is designated herein.

| Item No. | Bankr. D.I. | Adv. D.I.[1] | Date | Description |
|---|---|---|---|---|
| 8. | 1242-1 | | April 9, 2023 | First Interim Report of John J. Ray III to the Independent Directors on Control Failures at the FTX Exchanges |
| 9. | 1416 | | May 3, 2023 | Motion of Debtors for Entry of an Order (I)(A) Establishing Deadlines for Filing Non-Customer and Government Proofs of Claim and Proofs of Interest and (B) Approving the Form and Manner of Notice Thereof and (II) Granting Related Relief |
| 10. | 1519 | | May 19, 2023 | Order (I)(A) Establishing Deadlines for Filing Non-Customer and Government Proofs of Claim and Proofs of Interest and (B) Approving the Form and Manner of Notice Thereof and (II) Granting Related Relief |
| 11. | 1704-1 | | June 26, 2023 | Second Interim Report of John J. Ray III to the Independent Directors: The Commingling and Misuse of Customer Deposits at FTX.com |
| 12. | N/A | | June 29, 2023 | Proof of Claim No. 89710 filed by Ross Rheingans-Yoo |
| 13. | N/A | | June 30, 2023 | Proof of Claim No. 5166 filed by Ross Rheingans-Yoo |
| 14. | 1881 | | July 19, 2023 | Complaint for Avoidance and Recovery of Transfers and/or Obligations Pursuant to 11 U.S.C. §§ 105, 544, 548, and 550 and Del. Code Ann. tit. 6, §§ 1304 and 1305, for Breach of Fiduciary Duties, for Aiding and Abetting Breach of Fiduciary Duties, for Knowing Assistance in Breach of Fiduciary Duties, and for Disallowance of Claims Pursuant to 11 U.S.C. § 502 |
| 15. | 3409 | | October 30, 2023 | Debtors' Objection to Proof of Claim Filed by Ross Rheingans-Yoo |
| 16. | 3410 | | October 30, 2023 | Declaration of Stephanie G. Wheeler in Support of Debtors' Objection to Ross Rheingans-Yoo's Proof of Claim |

| Item No. | Bankr. D.I. | Adv. D.I.[1] | Date | Description |
|---|---|---|---|---|
| 17. | 3737 | | November 13, 2023 | Ross Rheingans-Yoo's Response to Debtors' Objection to Claim No. 5166 |
| 18. | 3745 | | November 13, 2023 | Motion of Debtors for Entry of an Order (A) Authorizing the Debtors to Enter into Stipulation with Effective Ventures Foundation USA, Inc., (B) Approving the Stipulation, and (C) Granting Related Relief |
| 19. | 4442 | | December 4, 2023 | Order (A) Authorizing the Debtors to Enter into the Stipulation with Effective Ventures Foundation USA, Inc., (B) Approving the Stipulation, and (C) Granting Related Relief |
| 20. | 5504 | | January 9, 2024 | Debtors' Notice of Settlements Consummated Pursuant to Small Estate Claims Settlement Procedures Order |
| 21. | 9882 | | March 20, 2024 | Order Approving Appointment of Examiner |
| 22. | 9883 | | March 20, 2024 | Order (I) (A) Establishing the Scope, Cost, Degree, and Duration of the Examination and (B) Granting Related Relief; and (II) Permitting the Filing of Certain Information Regarding Potential Parties in Interest Under Seal |
| 23. | 14718 | | May 13, 2024 | Complaint for Avoidance and Recovery of Transfers Pursuant to 11 U.S.C. §§ 105, 544, 548, and 550 and Del. Code Ann. tit. 6, § 1304, and for Disallowance of Claims Pursuant to 11 U.S.C. § 502 |
| 24. | 15545 | | May 23, 2024 | Report of Robert J. Cleary, Examiner |
| 25. | 18091 | | June 20, 2024 | Notice of Supplemental Annotations |
| 26. | 19061 | | June 26, 2024 | Order (I) Granting the Examiner Authority to Conduct Additional Investigations and (II) Establishing the Scope, Cost, Degree, and Duration of the Second Phase of the Examination and Granting Related Relief |
| 27. | 19143 | | June 27, 2024 | Disclosure Statement for Debtors' Joint Chapter 11 Plan of |

| Item No. | Bankr. D.I. | Adv. D.I.[1] | Date | Description |
|---|---|---|---|---|
| | | | | Reorganization of FTX Trading Ltd. and its Affiliated Debtors and Debtors-in-Possession |
| 28. | 19879 | | July 9, 2024 | Debtors' Notice of Settlement(s) Pursuant to Small Estate Claims Settlement Procedures Order |
| 29. | 19885 | | July 9, 2024 | Debtors' Notice of Settlement Consummated Pursuant to Small Estate Claims Settlement Procedures Order |
| 30. | 25339 | | September 20, 2024 | [SEALED] Phase II Report of Robert J. Cleary, Examiner |
| 31. | 25679 | | September 25, 2024 | Phase II Report of Robert J. Cleary, Examiner |
| 32. | 26044 | | September 30, 2024 | Declaration of Edgar W. Mosley II in Support of Confirmation of the Second Amended Joint Chapter 11 Plan of Reorganization of FTX Trading Ltd. and Its Debtor Affiliates |
| 33. | 26404 | | October 8, 2024 | Order Confirming Second Amended Joint Chapter 11 Plan of Reorganization of FTX Trading Ltd. and Its Debtor Affiliates |
| 34. | 26412 | | October 8, 2024 | Hearing Transcript (October 7, 2024) |
| 35. | 27839 | 1 | November 8, 2024 | Complaint for Avoidance and Recovery of Transfers Pursuant to 11 U.S.C. §§ 105, 544, 548, and 550 and Del. Code Ann. tit. 6, §§ 1304 and 1305 |
| 36. | 29218 | | January 15, 2025 | Stipulation of Undisputed Facts Relating to Ross Rheingans-Yoo's FDU Claim |
| 37. | 29572 | | February 12, 2025 | Ross Rheingans-Yoo's Supplemental Response to Debtors' Objection to Claim No. 5166 |
| 38. | 29926 | | March 14, 2025 | Order of Reassignment of Judge |
| 39. | 30712 | | June 12, 2025 | Reply of FTX Recovery Trust in Further Support of Debtors' Objection to Ross Rheingans-Yoo's Claim |
| 40. | 31080 | | June 27, 2025 | Hearing Transcript (June 25, 2025) |

| Item No. | Bankr. D.I. | Adv. D.I.[1] | Date | Description |
|---|---|---|---|---|
| 41. | 31312 | | July 9, 2025 | Order Allowing Ross Rheingans-Yoo's FDU Claim and Overruling the FTX Recovery Trust's Objection to Ross Rheingans-Yoo's FDU Claim |
| 42. | 31846 | | July 23, 2025 | FTX Recovery Trust's Motion for Reconsideration or to Modify Order Allowing Rheingans-Yoo's FDU Claim |
| 43. | 31847 | | July 23, 2025 | Declaration of Matthew B. McGuire in Support of FTX Recovery Trust's Motion for Reconsideration or to Modify Order Allowing Rheingans-Yoo's FDU Claim |
| 44. | 32779 | | September 26, 2025 | Ross Rheingans-Yoo's Opposition to FTX Recovery Trust's Motion for Reconsideration or to Modify Order Allowing FDU Claim |
| 45. | 32780 | 60, 65 | September 26, 2025 | Ross Rheingans-Yoo's Motion for Sanctions Under Federal Rule of Bankruptcy Procedure 9011, 28 U.S.C. § 1927, and 11 U.S.C. § 105 |
| 46. | 33034 | | October 10, 2025 | FTX Recovery Trust's Reply in Further Support of Its Motion for Reconsideration or to Modify Order Allowing Rheingans-Yoo's FDU Claim |
| 47. | 33035 | | October 10, 2025 | Declaration of Stephanie G. Wheeler in Support of the FTX Recovery Trust's Motion for Reconsideration |
| 48. | 33420 | 71 | October 30, 2025 | The FTX Recovery Trust's Memorandum of Law in Opposition to Ross Rheingans-Yoo's Motion for Sanctions Under Federal Rule of Bankruptcy Procedure 9011, 28 U.S.C. § 1927, and 11 U.S.C. § 105 |
| 49. | 33604 | 75 | November 13, 2025 | Reply in Further Support of Ross Rheingans-Yoo's Motion for Sanctions |
| 50. | 34487 | 88 | January 21, 2026 | Order (I) Denying FTX Recovery Trust's Motion for Reconsideration or to Modify Order Allowing FDU Claim and (II) Granting Ross Rheingans-Yoo's Motion to Dismiss |

| Item No. | Bankr. D.I. | Adv. D.I.[1] | Date | Description |
|---|---|---|---|---|
| | | | | and Motion for Sanctions Under Federal Rule of Bankruptcy Procedure 9011, 28 U.S.C. § 1927, and 11 U.S.C. § 105 |
| 51. | 34517 | 89 | January 22, 2026 | FTX Recovery Trust's Notice of Appeal |
| 52. | 34585 | N/A | January 27, 2026 | Hearing Transcript (January 20, 2026) |
| 53. | 34642 | 95 | February 4, 2026 | Amended Notice of Appeal |

B. **Docket Entries from Adversary Proceeding No. 23-50444**

| Item No. | Adv. D.I. | Date | Description |
|---|---|---|---|
| 1. | 1 | July 19, 2023 | Complaint for Avoidance and Recovery of Transfers and/or Obligations Pursuant to 11 U.S.C. §§ 105, 544, 548, and 550 and Del. Code Ann. tit. 6, §§ 1304 and 1305, for Breach of Fiduciary Duties, for Aiding and Abetting Breach of Fiduciary Duties, for Knowing Assistance in Breach of Fiduciary Duties, and for Disallowance of Claims Pursuant to 11 U.S.C. § 502 |
| 2. | 63 | October 31, 2023 | Answer to Complaint filed by Latona Biosciences Group and Ross Rheingans-Yoo |
| 3. | 73 | December 22, 2023 | Amended Complaint for Avoidance and Recovery of Transfers and/or Obligations Pursuant to 11 U.S.C. §§ 105, 544, 548, and 550 and Del. Code Ann. tit. 6, §§ 1304 and 1305, for Breach of Fiduciary Duties, for Aiding and Abetting Breach of Fiduciary Duties, for Knowing Assistance in Breach of Fiduciary Duties, and for Disallowance of Claims Pursuant to 11 U.S.C. § 502 |
| 4. | 89 | February 13, 2024 | Order (A) Authorizing Plaintiffs to Enter into the Stipulation with Platform Life Sciences, Inc., (B) Approving the Stipulation, and (C) Granting Related Relief |
| 5. | 106 | May 22, 2024 | Order (A) Authorizing the Debtors to Enter into the Settlement Stipulations with Settling Defendants and (B) Approving the Settlement Stipulations |

C. **Docket Entries from Adversary Proceeding No. 24-50214**

| ITEM NO. | ADV. D.I. | DATE | DESCRIPTION |
|---|---|---|---|
| 1. | 12 | February 14, 2025 | Notice of Substitution of Plaintiff |
| 2. | 38 | July 23, 2025 | First Amended Complaint for Avoidance and Recovery of Transfers Pursuant to 11 U.S.C. §§ 105, 544, 548, and 550, and Del. Code Ann. tit. 6, §§ 1304 and 1305, and for Disallowance or Subordination of Claim Pursuant to 11 U.S.C. §§ 502 and 510 |
| 3. | 61 | September 26, 2025 | Ross Rheingans-Yoo's Motion to Dismiss |
| 4. | 62 | September 26, 2025 | Opening Brief in Support of Ross Rheingans-Yoo's Motion to Dismiss |
| 5. | 72 | October 30, 2025 | Plaintiff's Memorandum of Law in Opposition to Ross Rheingans-Yoo's Motion to Dismiss |
| 6. | 74 | November 13, 2025 | Reply Brief in Support of Ross Rheingans-Yoo's Motion to Dismiss |

D. **Docket Entries from *United States* v. *Bankman-Fried*, No. 22-cr-00673 (S.D.N.Y.)**

| ITEM NO. | ECF NO. | DATE | DESCRIPTION |
|---|---|---|---|
| 1. | N/A | December 19, 2022 | Minute Entry for proceedings held before Judge Ronnie Abrams: Plea entered by Caroline Ellison |
| 2. | N/A | December 19, 2022 | Minute Entry for proceedings held before Judge Ronnie Abrams: Plea entered by Zixiao (Gary) Wang |
| 3. | 19 | December 23, 2022 | Transcript of Proceedings as to Caroline Ellison re: Plea held on 12/19/2022 before Judge Ronnie Abrams |
| 4. | 21 | December 23, 2022 | Transcript of Proceedings as to Zixiao (Gary) Wang re: Plea held on 12/19/2022 before Judge Ronnie Abrams |
| 5. | N/A | February 28, 2023 | Minute Entry for proceedings held before Judge Lewis A. Kaplan: Plea entered by Nishad Singh |
| 6. | 102 | March 7, 2023 | Transcript of Proceedings as to Nishad Singh re: Plea held on 2/28/2023 before Judge Lewis A. Kaplan. |
| 7. | 115 | March 28, 2023 | Superseding Indictment Filed as to Samuel Bankman-Fried |
| 8. | N/A | November 2, 2023 | Jury Verdict |

| Item No. | ECF No. | Date | Description |
|---|---|---|---|
| 9. | 358 | December 12, 2023 | Transcript of Proceedings as to Samuel Bankman-Fried re: Trial held on 10/10/2023 before Judge Lewis A. Kaplan. |
| 10. | 360 | December 12, 2023 | Transcript of Proceedings as to Samuel Bankman-Fried re: Trial held on 10/11/2023 before Judge Lewis A. Kaplan. |
| 11. | 366 | December 12, 2023 | Transcript of Proceedings as to Samuel Bankman-Fried re: Trial held on 10/16/2023 before Judge Lewis A. Kaplan. |
| 12. | 372 | December 12, 2023 | Transcript of Proceedings as to Samuel Bankman-Fried re: Trial held on 10/19/2023 before Judge Lewis A. Kaplan. |
| 13. | 376 | December 12, 2023 | Transcript of Proceedings as to Samuel Bankman-Fried re: Trial held on 10/27/2023 before Judge Lewis A. Kaplan. |
| 14. | 378 | December 12, 2023 | Transcript of Proceedings as to Samuel Bankman-Fried re: Trial held on 10/30/2023 before Judge Lewis A. Kaplan. |
| 15. | 407-25 | February 27, 2024 | Character Reference for Sam Bankman-Fried by Ross Rheingans-Yoo |
| 16. | N/A | March 28, 2024 | Minute Entry for proceedings held before Judge Lewis A. Kaplan: Sentencing held on 3/28/2024 for Samuel Bankman-Fried |
| 17. | N/A | September 24, 2024 | Minute Entry for proceedings held before Judge Lewis A. Kaplan: Sentencing held on 9/24/2024 for Caroline Ellison |
| 18. | N/A | October 30, 2024 | Minute Entry for proceedings held before Judge Lewis A. Kaplan: Sentencing held on 10/30/2024 for Nishad Singh |

### III.  CERTIFICATION PURSUANT TO BANKRUPTCY RULE 8009(b)

In an appeal from a bankruptcy court ruling, Bankruptcy Rule 8009(b) requires an appellant to either: (i) order from the court reporter a transcript of such parts of the proceedings not already on file as the appellant considers necessary for the appeal and file a copy of the order with the bankruptcy clerk; or (ii) file a certificate with the bankruptcy clerk stating that the appellant is not ordering a transcript. Pursuant to Bankruptcy Rule 8009(b), Appellants certify

that all relevant transcripts of the proceedings are available on the Bankruptcy Court's docket and are included in these designations.

### IV.     RESERVATION OF RIGHTS

Appellants expressly reserve the right to (i) withdraw, supplement, amend or modify this Statement of Issues and Designation of Record on Appeal and (ii) move to strike any items included by the Appellee in a designation of additional items.  This filing is made expressly subject to, and without waiver of any and all rights, remedies, challenges, and objections.

*[Remainder of page intentionally left blank.]*

| | |
|---|---|
| Dated: February 5, 2026<br>Wilmington, Delaware | **LANDIS RATH & COBB LLP**<br><br>*/s/ Matthew B. McGuire*<br>Adam G. Landis (No. 3407)<br>Matthew B. McGuire (No. 4366)<br>Kimberly A. Brown (No. 5138)<br>Matthew R. Pierce (No. 5946)<br>919 Market Street, Suite 1800<br>Wilmington, Delaware 19801<br>Telephone: (302) 467-4400<br>Facsimile: (302) 467-4450<br>E-mail: landis@lrclaw.com<br>    mcguire@lrclaw.com<br>    brown@lrclaw.com<br>    pierce@lrclaw.com<br><br>-and-<br><br>**SULLIVAN & CROMWELL LLP**<br>Stephanie G. Wheeler (admitted *pro hac vice*)<br>Brian D. Glueckstein (admitted *pro hac vice*)<br>125 Broad Street<br>New York, NY 10004<br>Telephone: (212) 558-4000<br>Facsimile: (212) 558-3588<br>E-mail: wheelers@sullcrom.com<br>    gluecksteinb@sullcrom.com<br><br>-and-<br><br>**WILSON SONSINI GOODRICH & ROSATI, P.C.**<br>Joseph R. Slights III (No. 2559)<br>Erin Fay (No. 5268)<br>Shane Reil (No. 6195)<br>222 Delaware Avenue, Suite 800<br>Wilmington, DE 19801<br>Telephone: (302) 304-7600<br>E-mail: jslights@wsgr.com<br>    efay@wsgr.com<br>    sreil@wsgr.com<br><br>*Counsel for the FTX Recovery Trust and its counsel* |