# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0311−1 | User: admin | Date Created: 2/24/2026 |
| Case: 24−50214−KBO | Form ID: pdfjo | Total: 10 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**
dft         FTX Philanthropy, Inc.

                                                                                              TOTAL: 1

**Recipients of Notice of Electronic Filing:**
clagent     Kroll Restructuring Administration LLC         info@ra.kroll.com
aty         Benjamin Joseph Steele         bsteele@primeclerk.com
aty         Howard W Robertson, IV         robertson@lrclaw.com
aty         Kimberly A. Brown         brown@lrclaw.com
aty         Matthew B. McGuire         mcguire@lrclaw.com
aty         Michael Joseph Joyce         mjoyce@mjlawoffices.com
aty         Richard Scott Cobb         cobb@lrclaw.com

                                                                                              TOTAL: 7

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
ust         U.S. Trustee         Office of the United States Trustee         J. Caleb Boggs Federal Building         844 King Street, Suite 2207         Lockbox 35         Wilmington, DE 19801
ust         U.S. Trustee         Office of United States Trustee         J. Caleb Boggs Federal Building         844 King Street, Suite 2207         Lockbox 35         Wilmington, DE 19899−0035

                                                                                              TOTAL: 2